UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

JOSEPH CASEY,

                              Plaintiff,

   -against-                                      1:04-CV-1469
                                                           (LEK/GJD)

COMMISSIONER OF SOCIAL
SECURITY,

                              Defendant.

## DECISION AND ORDER

      This matter comes before the Court following a Report-Recommendation filed on December 10, 2007, by the Honorable Gustave J. DiBianco, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 22).

      Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1.  No objections have been raised in the allotted time with respect to Judge DiBianco's Report-Recommendation.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 22) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED** that the decision of the Commissioner is **AFFIRMED**, and it is further

**ORDERED** that the Complaint (Dkt. No.1) is **DISMISSED**, and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:   January 08, 2008
         Albany, New York

_Lawrence E. Kahn_
Lawrence E. Kahn
U.S. District Judge