========================================================================================

# * * * * * UNITED STATES DISTRICT COURT * * * * *

### NORTHERN DISTRICT OF NEW YORK

JUDGMENT IN A CIVIL CASE

DOCKET NO. 1:04-CV-1469 (LEK/GJD)

JOSEPH CASEY,

                  Plaintiff,

  -against-

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.

____ JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX** DECISION by COURT. This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED and ADJUDGED that in the above entitled action, the Report-Recommendation of the Honorable Gustave J. DiBianco, United States Magistrate Judge for the Northern District of New York, dated December 10, 2007, is APPROVED and ADOPTED it its ENTIRETY; and it is further ORDERED that the action is DISMISSED in its ENTIRETY in favor of the Defendant (the decision of the Commissioner is affirmed) and against the Plaintiff; in accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U.S. District Judge for the Northern District of New York, dated January 08, 2008.

DATE: January 08, 2008

*LAWRENCE K. BAERMAN*
CLERK OF THE COURT

*[signature]*
Scott A. Snyder
**Courtroom Deputy to the Honorable Lawrence E. Kahn**